**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WALID A. MUHAMMAD,** | : | |
| **Plaintiff** | : | |
| | : | **No. 1:19-cv-2191** |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **IMAM HENESH, <u>et al.</u>,** | : | |
| **Defendants** | : | |

## <u>ORDER</u>

**AND NOW**, on this 26th day of February 2020, in accordance with the Memorandum

issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's amended complaint (Doc. No. 11) is **DISMISSED WITH PREJUDICE**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned action.

<u>s/ Yvette Kane</u>
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania